UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VENADIUM LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAMPMOR, INC., <br><br> Defendant. | No. 2:17-cv-7305-MCA-MAH |

## ORDER GRANTING STIPULATION OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court **ORDERS, ADJUDGES,** and **DECREES** that Plaintiff Venadium LLC's claims against Defendant Campmor, Inc., are **DISMISSED WITH PREJUDICE**, and Defendant's counterclaims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own attorneys' fees, costs, and expenses.

All relief not previously granted is **DENIED AS MOOT**.

SO ORDERED

1/26/18

Madeline Cox Arleo, U.S.D.J.